IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUI JIANG,<br><br>     *Defendant.* | Case No. 1:24-mj-64 |

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Lindsay L. Coulter, Special Agent of the Federal Bureau of Investigation (FBI),

Washington, D.C. Field Office (WFO), Northern Virginia Resident Agency (NVRA), being duly

sworn, hereby depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am an investigative or law enforcement officer of the United States, within the

meaning of Section 2510(7) of Title 18, United States Code, and I am empowered by law to

conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title

18, United States Code.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have

been so employed since May 2016.  I am currently assigned to Squad CR-20 in the FBI's

Washington Field Office, which conducts investigations of civil rights violations, as well as

international human rights, public corruption, and fraud against the government.  While conducting

these investigations, I have been involved in the use of the following investigative techniques:

interviewing witnesses, subjects and victims; conducting physical surveillance; analyzing

telephone pen register and caller identification system data; conducting court-authorized electronic surveillance; and preparing and executing arrest and search warrants.

3.      This affidavit is submitted in support of a criminal complaint and related arrest warrant charging RUI JIANG ("JIANG") with a violation of Title 18 U.S.C. § 875(c).

4.      Database checks revealed that JIANG is a 35-year-old Fairfax County resident with no prior criminal history.

5.      All information in this affidavit is personally known to me, has been related to me by other law enforcement officers and/or witnesses, or learned due to my review of records, recordings, and documents gathered during this investigation.  This affidavit contains information necessary to support probable cause for this application.  This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my, or the Government's, knowledge about this matter.  I have not, however, intentionally excluded any information known to me that I believe would defeat a determination of probable cause.  Furthermore, the inferences and conclusions I draw from the evidence included in this affidavit are what I believe based on my training, experience, and knowledge of the investigation.

6.      During the course of this investigation, law enforcement has spoken to several witnesses ("CW").  These witnesses will be referred to in the masculine gender regardless of their actual gender.  I have found all of the CWs to be reliable and credible.  I have corroborated the statements provided by the CWs with business records, historical cell site location information, statements made by other witnesses, and other information.

**FACTS ESTABLISHING PROBABLE CAUSE**

7.      The FBI, together with local law enforcement agencies in Maryland and Virginia, has been investigating RUI JIANG since on or about September 24, 2023, after a citizen called law enforcement to report concerning Instagram posts JIANG made to his Instagram account.  As set forth in more detail below, JIANG used Instagram to post threatening messages concerning the congregants of Park Valley Church, located in Haymarket, Virginia, which falls within the Eastern District of Virginia.  On September 24, after making these threats, JIANG was arrested at the church carrying a handgun and extra ammunition.

A.      **Tip to Law Enforcement Regarding Instagram Posts Made by JIANG**

8.      On or about September 24, 2023, CW-1 called Anne Arundel Police Department (AAPD) to report concerning posts CW-1 saw on JIANG's Instagram account earlier that morning.  AAPD responded to CW-1's residence, located in Maryland, at approximately 7:30 a.m. that same day to interview CW-1.  During the interview, CW-1 provided AAPD with the information described in the following paragraphs below.

9.      CW-1 personally knew JIANG.  The two met through a "dating app" and exchanged telephone numbers and social media accounts.  CW-1 communicated with JIANG from February to March 2023 using the telephone numbers and social media accounts JIANG provided CW-1.  According to CW-1, JIANG's telephone numbers were ██████-5963 and ██████-2390, and JIANG's Instagram account was "ray43386."

10.      CW-1 met JIANG in person several times, including one time in Washington, D.C., during which they went to dinner and visited several museums together, and another time when CW-1 went to JIANG's apartment in Fairfax County, Virginia.  During CW-1 and JIANG's communications, JIANG told CW-1 that he also went by the name "Darwin Yu."  JIANG also told

CW-1 that he had a gun, although CW-1 never saw the gun.

11.    CW-1 terminated communication with JIANG sometime in March 2023.[1] However, CW-1 continued to follow JIANG's Instagram account, which was a public account. On or about the evening of September 23, 2023, CW-1 saw that JIANG posted a photograph of a burning Bible on his Instagram account.  The next morning, on September 24, 2023, at approximately 7:00 a.m., CW-1 saw that JIANG posted several more pictures and messages to the same Instagram account, including a post of a handgun pointed at a church on a television screen. According to CW-1, knowing that JIANG was very religious and then seeing what JIANG posted on his Instagram account, CW-1 realized something was wrong and called the police.  CW-1 told the police that Jiang was in front of Park Valley Church in some of his Instagram posts, that he had a gun, and was making threats.  CW-1 viewed Jiang's Instagram posts from her home in Maryland.  CW-1 provided AAPD with the address of JIANG's apartment in Fairfax County.

12.    At approximately 7:45 a.m. to 8:00 a.m. on September 24, 2023, the responding AAPD officer met with CW-1 and viewed the Instagram account "ray43386."  The officer observed multiple pictures posted to the account, including one burning a Bible in a frying pan on top of a stove, one with a Bible placed on the bathroom floor, and threatening messages against a church and the government.  There were also pictures of a silhouette target with bullet holes in it with the hashtag "Fk God," as well as pictures from inside a white vehicle parked in a church

---

[1] Law enforcement conducted a follow-up interview with CW-1 on September 27, 2023.  In that interview, CW-1 provided similar information as CW-1 provided to AAPD on September 24, 2023, but added that despite terminating communication with JIANG in March 2023, JIANG continued to send CW-1 text messages and messages on Snapchat.  According to CW-1, JIANG's Snapchat account is "rayj111111."  CW-1 did not respond to these messages.  The last time JIANG messaged CW-1 was approximately July 2023.

parking lot at night. One of these pictures was posted with the message:

> "Welcome to Park Valley church, attended by many top secret gov clearance holders in the area. From this day forward, you will know that this is how you will repaid me. Blood will be on your hands."

13.    The location shown on the Instagram posts was Haymarket, Virginia, and the Instagram account reflected that the posts were made approximately five to eight hours earlier.

14.    The AAPD officer took screenshots of the some of the posts he found on the Instagram account "ray43386." One of the screenshots was of the profile picture associated with the Instagram account. In the picture, JIANG is seated making a heart gesture with his hands. The screenshot also captures the vanity name associated with the account, "ray43386," and the location, "USA."



15.    Another screenshot captured by the AAPD officer was of a picture of JIANG posted to the Instagram account.  The picture is of JIANG smoking what appears to be a cigar.  The screenshot shows the Instagram vanity name and location associated with the post were "ray43386" and "Washington D.C.," respectively.  The picture is captioned: "On the grind, no time for suit."



### B.    Jiang's Instagram Posts

16.    On September 24, 2023, officers with both AAPD and FCPD reviewed the public Instagram account "ray43386," and captured several screenshots of the posts made to the account. Law enforcement subsequently obtained legal process and reviewed the Instagram account "ray43386."  A review of the screenshots captured by law enforcement and of the Instagram

account revealed the following information as described in the paragraphs below.

17.     On September 23, 2023, at 7:27 UTC, or approximately 3:27 a.m. EDT, two videos were posted to the Instagram account with vanity name "ray43386." The videos appear to be of a Bible on fire on top of a stove. Both of the videos were captioned: "Burning the Bible #fkGod #hatredOfGod." A third video was posted a few minutes later at 7:32 UTC, or approximately 3:32 a.m. EDT. The video also appears to be of a Bible on fire on top of a stove. That video was captioned: "Burning the Bible in my kitchen. #fkGod." Below is a screenshot of one of the videos captured by law enforcement on September 24, 2023.



18.     After the three videos, a series of photographs were posted to the Instagram account with vanity name "ray43386." The first is a photograph of a Bible on the floor. The photograph was posted on September 24, 2023, at approximately 7:34 UTC, or approximately 3:34 a.m. EDT. The location of the post is "Falls Church, Virginia." The text of the caption to the photograph

read: "Put the Bible on the floor next to bathroom. Now every time I take a piss, I have to step on it. #fkGod." In the photograph, as captured in a screenshot by law enforcement on September 24, 2023, the Instagram user tagged "parkvalleychurch," "i.love.god.almighty," and "i_love_country_livin."



19.    The next picture posted to the Instagram account with vanity name "ray43386" was of a gun pointed at a television screen. On the television screen was an image of a church and the name of the title of the television program, "Beautiful Old Churches Across America." The caption to the photograph read: "When a loyal and humble servant becomes God's worst enemy. When we've had enough. When my loyalty was never appreciated." The screenshot of the post taken by law enforcement shows the Instagram vanity name, "ray43386," and location, "Falls Church, Virginia." This photograph was posted to the Instagram account on September 23, 2023, at approximately 22:57 UTC, or approximately 6:57 p.m. EDT.



20.     The next seven photographs posted the Instagram account with vanity name "ray43386" are of Park Valley Church taken in the dark from the parking lot of the church. The photographs appear to have been taken while it was raining and/or after it was raining. All of the photographs and captions were posted while physically present at Park Valley Church and were posted between 6:45 UTC to 7:26 UTC on September 24, 2023, which would have been approximately 2:45 a.m. to 3:26 a.m. EDT.

21.     The first of the seven photographs is a photograph of the front of Park Valley Church. The caption to the photograph read: "I worked for the gov for 11+ yrs under a different identity. My biological father is '███ Jiang'. I have no other known family. For 11 years I sacrificed my love life, family, any kind of life for service. They trained my whole life to be a

political pawn, to kill, to speak cryptically, and that is all they ever taught me. And they repaid me by denying the love I needed. This is not a 911 speech. This is not activation. Blood will be on your hands." The sign of Park Valley Church is visible in the Instagram post.



22.     The next post, although blurry, appears to be similar to the other posts taken from the parking lot of Park Valley Church. The photograph was captioned: "They trying to put me in prison, cause that's where the sun is. I'm not going to let you enjoy your symbolic fuckery. When it all goes down: #bulletToTheHead blood is on your hands." As captured in the below screenshot, the location of the post was "Haymarket, Virginia."



23.    The sign of Park Valley Church is visible in the third photograph.  The caption for that photograph read: "I am not here to sabotage the mission. I am here to deny the men the life God actively puts so much effort to deny me every day. No women will be harmed. To those down below: I am dropping this space suit and coming back after I am finished sending a message. Blood will be on your hands. This is how you repay me for my sacrifices. I'm done."  The screenshot of the post as captured by law enforcement shows that the location of the post was "Haymarket, Virginia."



**ray43386**
Haymarket, Virginia

ray43386 I am not here to sabotage the mission. I am here to deny the men the life God actively puts so much effort to deny me every day. No women will be harmed. To those down below: I am dropping this space suit and coming back after I am finished sending a message. Blood will be on your hands. This is how you repay me for my sacrifices. I'm done.

11 hours ago

24.     The caption to the fourth photograph of Park Valley Church posted to the Instagram account read: "Welcome to Park Valley church, attended by many top secret gov clearance holders in the area. From this day forward, you will know that this is how you will repaid me. Blood will be on your hands."



**ray43386**

ray43386 Welcome to park valley church, attended by many top secret gov clearance holders in the area. From this day forward, you will know that this is how you all repaid me. Blood will be on your hands.

11 hours ago

25.    The next photograph, which also appears to be taken from the parking lot of Park Valley Church, tagged "therealgaryh" and "georgewbush." The location for this post was "Haymarket, Virginia." In the caption to the photograph, the Instagram user identified himself as Rui Jiang and said his birthday was ▇▇▇ 1988. The rest of the caption read: "They trained me for political assassinations. For 11 years I lived in the worst conditions, my love life was non existent. I gave them my entire 20s. And this is how they repay me for my relentless loyalty. Looks like my loyalties aren't appreCIAted anymore. . . . Blood is on your hands. even now, I will not betray secrets. But you betrayed ME."



26.    The sixth photograph also appeared to be taken from the parking lot of Park Valley Church. The photograph was tagged "therealgaryh" and was captioned: "These are MY secrets as much as they are YOURS. Thus I will not betray the secrets I spent my entire life serving. This is not personal. This is taking the lives that God denied me, the love that God blessed other men with. You are indebted to me. And this is how you repay me."



27.    The final photograph of what also appears to be the parking lot of Park Valley Church was tagged "therealgaryh" and "georgewbush." The photograph's caption read: "Also FK BUSH, FK TEXAS. He's my grandson in another body. The fk he gonna do? Try me. You denied

me the love life you allowed others to have. I sacrificed my ENTIRE LIFE serving your bull shit."

The location of the post was "Haymarket, Virginia."



28.     After the series of photographs of Park Valley Church were posted to the Instagram account with vanity name "ray43386, the user posted a photograph of a shooting target with several holes in it.  The photograph was posted on September 24, 2023, at approximately 8:42 UTC, or approximately 4:42 a.m. EDT.  The caption for this photograph read: "I'm going to exterminate you, in this life and the next. For what you did to me, and for what you actively deny me. So you better neutralize me when I respawn, bitch."



29.    The next photograph posted to the Instagram account with vanity name "ray43386" was made on September 24, 2023, at approximately 9:14 UTC, or approximatley 5:14 a.m. EDT. The photograph was of someone pointing a gun. The location of the post was "Haymarket, Virginia." The caption to the photograph read: "I sacrificed my entire 20s.. alone. As your political assassin. Never saw family. Never knew what it was to be in love. It was all I ever wanted. And this is how the government repays me. With torture. With pain. You brought this in yourselves. Blood will be on your hands. The world will know my story. And what you did to me. And why Im about to do what I do."

16



30.    The following screenshot is of the last photograph posted to the Instagram account with vanity name "ray43386."  It was posted on September 24, 2023, at approximately 10:03 UTC, or approximately 6:03 a.m. EDT. The location of the post was "Falls Church, Virginia." The picture was captioned: "To the women who reciprocated my love in this lifetime: thank you for the moments we shared. You know who you are. You prevented this from happening much sooner. I will repay you in my next lifetime. Until the next life."  The caption appears to be the same language contained in the final paragraph of the letter, described in more detail below in paragraphs 47-48.



## C.    Law Enforcement's Response to the Instagram Posts

31.    After interviewing CW-1 and reviewing the posts made to JIANG's Instagram account "ray43386," AAPD contacted Fairfax County Police Department (FCPD), sharing the information received from CW-1 and requesting FCPD to conduct a welfare check of JIANG at his apartment in Fairfax County, Virginia.

32.    At approximately 9:22 a.m., on September 24, 2023, FCPD responded to JIANG's residence for a public service call, but officers were unable to make contact with anyone inside JIANG's residence.  Law enforcement obtained information that JIANG was the registered owner of a white 2013 Mercedes Benz with Virginia tag ███ 6459.  FCPD officers searched the parking garage of JIANG's residence for the vehicle but were unable to locate it.

33.     Believing the posts to be an emergency, FCPD contacted Prince William County Police Department (PWCPD) to report a possible threat of active violence at Park Valley Church, which is located in Prince William County, Virginia.  FCPD advised PWCPD that they believed JIANG was making threats to the church and made an urgent request for PWCPD to respond to Park Valley Church to conduct a premise check for JIANG.

34.     At approximately 10:17 a.m. on September 24, 2023, a PWCPD officer who happened to be working a traffic detail at Park Valley Church received a call from dispatch alerting him of FCPD's request and directing him to search the church premises for a two-door Mercedes Benz with Virginia tag ███6459.  The officer searched the church's parking lot and located the vehicle, but it was unoccupied.  The office informed dispatch, which sent him a photograph of JIANG.  The officer then responded to the front of the church where he was met by a member of the church's security team.  JIANG had been independently detained by the church's security team and had been asked to leave.  As the security team was leading Jiang out of the church, the officer arrived.

35.     The PWCPD officer approached JIANG inside the vestibule of the church and asked to speak to him outside.  JIANG agreed.  JIANG was wearing sunglasses, had an earpiece in his right ear, and had a cup of coffee in his left hand.  Once outside of the church, the officer asked JIANG "what was happening," and JIANG told the officer that the church asked him to leave and he was, in fact, leaving.  The officer asked JIANG if he was armed and JIANG responded, "I am a legal carrier" and "I always carry."  JIANG told the officer that he had a concealed carry permit, which he presented the officer from his wallet.  The officer asked JIANG where his weapon was located, and JIANG told him that it was on his right side.  The officer asked JIANG to pull up his jacket so that he could see his firearm.  JIANG complied.

19

36.     The officer told JIANG that the reason he wanted to speak with him was because the officer received a call from FCPD about JIANG making a possible threat to the church.  JIANG denied making a threat to the church or to anyone.  JIANG said he sent an email to the church requesting a refund of a donation he made to the church.  JIANG requested a refund of his donation because he believed that his life began to go downhill the very next day after he pledged money to the church.

37.     The officer asked JIANG why he was at the church that day, to which JIANG said he was there to see what it was like to be at the church again.  JIANG stated that he felt his relationship with the church was ruined after he got angry in his email to the church.  The officer asked JIANG if he made any Instagram posts about burning a bible or burning the church.  JIANG said that he burned his bible in his kitchen sink, but he made no threats of burning anyone or anything.

38.     At this time, the officer asked JIANG if he could secure JIANG's weapon.  JIANG said yes.  As the officer was securing JIANG's weapon, JIANG told the officer that he had a knife on him.  The officer told JIANG that he was going to pat down JIANG for officer safety.  JIANG complied.  During the pat down, law enforcement recovered the firearm, as well as a gold pocketknife and loaded magazine from JIANG's person.  The firearm was a Walther 9mm pistol.  It had a full magazine but did not have a round in the chamber.  JIANG told the officer that he had a credit card knife in his wallet, which officers secured.  The officers also secured a cellphone JIANG had on his person.

39.     After JIANG was patted down, the officer advised him that he was being detained.  JIANG was handcuffed and placed in the back seat of a police cruiser.  As the officer was escorting JIANG to the police cruiser, he asked JIANG if he had anything in his vehicle.  JIANG advised

the officer that he had a magazine with ammunition and "maybe" pepper spray in his vehicle. JIANG asked the officer if he was under arrest and the officer told JIANG that he was being detained and not under arrest.

40.     Once JIANG was seated inside the police cruiser, the officer asked JIANG if he ever thought about hurting himself. JIANG said he had not thought about hurting himself now as much as he did in the past, which he described as approximately one month ago. The officer also asked JIANG if he thought about hurting others. JIANG responded, "No." The officer again asked JIANG if he came to the church that day to harm himself or others since he came to the church armed. JIANG said no, adding that he went "to a lot of places armed."

41.     The PWCPD officer left JIANG in the police cruiser momentarily. When the officer returned to the vehicle, JIANG told him that some of the things he said to his family and friends was him asking for help. JIANG said it was "a cry for help." The officer asked JIANG if he would like to speak to a therapist. JIANG said that he did not think he could afford one. JIANG added that he had never hurt himself or anyone else. He said that he had "depressive episodes" in the past that were "pretty bad, but even then [he] never hurt anybody."

42.     A short time later, another PWCPD officer asked JIANG for the usernames of his social media accounts. JIANG said that his Instagram account username was "ray43386," and that the account was the primary Instagram account he used regularly. JIANG said he also had accounts with Facebook, LinkedIn, and Snapchat. JIANG had a TikTok account that was tied to his ███████-5963 telephone number, and several YouTube accounts. JIANG's private YouTube account was connected to his email address jiangrui326███████ and his public YouTube account was "infinity███████." That PWCPD officer then looked up the Instagram account "ray43386" and reported seeing approximately 15 posts, including some of the same posts

described above.

43.     Law enforcement then spoke to the owner of Park Valley Church, who requested JIANG be trespassed. As such, PWCPD prepared a notice forbidding trespass and JIANG was advised he could not return to the church.

44.     Based on JIANG's actions and the statements he made to law enforcement, PWCPD took JIANG into custody on an emergency custody order.  JIANG was transported to the hospital to be evaluated by the community services board.

45.     Because JIANG was taken into custody and not permitted back on church property to obtain his vehicle, PWCPD arranged for JIANG's vehicle to be towed.  Before it was towed, law enforcement inventoried the property located inside the vehicle.  During this inventory, officers found, among other things, a Walther gun box with matching serial number to the gun found on JIANG, a box of 9mm ammunition, a loaded magazine with 9mm rounds that matched the box of ammunition, a pocketknife, shooting targets, pepper spray, and a cell phone.

46.     Subsequently, law enforcement searched JIANG's residence pursuant to a search warrant issued out of the Commonwealth of Virginia on September 24, 2023.  During the search of JIANG's residence, law enforcement found, among other things: two empty firearm holsters; a Holy Bible; cellphones; several laptops, external hard drives, flash drives, SD cards, and USBs; pepper spray; two security cameras; and five copies of the letter dated September 24, 2023, and signed by JIANG.

47.     The five letters, which were found by law enforcement on a table in the living room of JIANG's residence, were identical and appeared to be the same or similar to the letter viewed by law enforcement in one of the photographs posted to the Instagram account "ray43386."  In the letters, JIANG identified himself by his name, date of birth, place of birth, and father's name.  He

stated that he spent 11 plus years "as a political assassin for the government," and upon "returning to normal life," his life has got "gotten worse." He added that "despite my continued sacrifices in the name of duty, my quiet donations to churches, God's community, praying on my knees every morning at 5am for an hour, thanking God in Jesus' name, despite my faith even in my worst of days – nothing has changed. My mental health continues to deteriorate. I am not allowed to be in love. To experience love. To experience a romantic relationship." He continued, writing:

> What I am about to do, is not personal. It is not politically motivated (I am off-duty now). It is not religiously motivated. These people – soon to be victims – were not targeted in advance. I did not, and perhaps will never know, their names, their faces, their families, and what will become the luxury of their romantic relationships I am pulling them out of.

> Towards the end of the letter, JIANG wrote:

> I apologize in advance, if any women are harmed, for that is deeply regrettable and collateral damage. I am here deny the love lives bless by God to these lucky men, by taking out these men. And for those of you who believe in 'past lives', I am simply resetting them so that they have to re-do everything again. I want them to know what it's like to be me – to labor through life yearning for that romantic love and never obtaining it, because God and the Government works so hard every day to sabotage the love lives for a select few, like me. To the families of those men about to be slain – I am sorry for what I have done and about to do. May your tears not be cried in vain, but celebrate how your loved ones had lived. For they are now with me, in the other world down below and high Heaven, and we will rise again just as we did in this life time. And perhaps, they shall return to find you again, just as I will, in the next lifetime. I hope you do not take this personally on me either. For whatever pain I cause, I hope to return in my next lifetime through philanthropy.

48.    JIANG ended the letter, seen in the photograph below, by writing, "And to those few women who reciprocated my love, even for a few days: Thank you for those moments we shared, from the bottom of my heart. You know who you are. You prevented this from happening much sooner. I will repay you in my next lift." The letter appears to be signed and was dated September 24, 2023, the same day that Jiang was detained at Park Valley Church.



## C.   Information Provided by Park Valley Church

49.   In the course of this investigation, law enforcement interviewed a number of individuals associated with Park Valley Church. During these interviews, law enforcement learned the following information provided below.

50.   While PWCPD was looking for JIANG outside of the church, members of the security team who volunteered at Park Valley Church were already watching JIANG inside the church. Specifically, CW-2, a member of the church's security team, observed JIANG enter the church at approximately 10:20 a.m. through the back parking lot door. JIANG appeared suspicious to CW-2 for several reasons. First, JIANG was wearing all black clothing. Second, JIANG was wearing dark sunglasses even though it was raining outside, and he continued to wear his sunglasses inside the church as he walked around. Third, JIANG entered the "kids' side" of the

church when he did not have any children with him.  And finally, JIANG failed to acknowledge CW-2 after CW-2 greeted him inside the church.  Due to his suspicions, CW-2 signaled to CW-3, another member of the church's security team, to keep an eye on JIANG, and CW-3 sent out a radio call to the church's security team with JIANG's description and instructions to watch JIANG's movements throughout the church.

51.    CW-2 followed JIANG to the front of the church where JIANG entered the men's restroom.  According to CW-2, JIANG went into the restroom stall, but he did not appear to use the restroom.  JIANG flushed the toilet and walked out.  From there, JIANG returned to the door where he entered the church, which was adjacent to the kids' side of the church.  There, JIANG asked one of the security team members if he would be permitted to go upstairs through the kids' section to access the auditorium.  The security team told JIANG no, and JIANG appeared unhappy with the response.

52.    JIANG then walked to the front of the church and got a cup of coffee.  He threw out the cup of coffee before entering the auditorium.  He walked up the stairs and to the right where he sat down in the second to last row in the stadium seating section.  JIANG sat for a short period of time before he got up and opened the door to the church's audio-visual area.  JIANG quickly closed the door and left the auditorium.

53.    As JIANG walked around the church, several members of the security team observed JIANG looking around as if he was scanning the church and looking for cameras.  According to CW-3, JIANG appeared to be casing the church.

54.    After JIANG left the auditorium, JIANG returned to the lobby and got another cup of coffee.  He then walked to the front of the church where he began tapping his fingers on the glass windows.  CW-2 and CW-4, also a member of the church's security team, believed that

JIANG was testing the strength of the glass.

55.     Given his perceptions that JIANG was conducting overt surveillance of the church and testing the strength of the glass, CW-4 approached JIANG and asked him what he was doing. JIANG told CW-4 that he used to be a member of the church and was thinking of coming back. CW-4 then asked JIANG what he was doing "now," referring to tapping on the glass.  According to CW-4, JIANG stammered and was unable to complete a sentence.  CW-4 told JIANG to leave the church.   JIANG began to argue with CW-4, and CW-4 again told JIANG to leave the church.

56.     It was at that point that the officer with PWCPD arrived at the front of the church and advised CW-3 that law enforcement was looking for an Asian male.  CW-3 advised the officer that he believed the person he was looking for (referring to JIANG) was in the lobby area of the church.

57.     After the incident, CW-5, one of the pastors with the church, advised law enforcement that the day before JIANG came to Park Valley Church, JIANG sent the church several emails with profanities.  Park Valley Church provided law enforcement with JIANG's emails.  The first email JIANG sent was sent on September 22, 2023, at 1:17 a.m.  The subject of the email read: "please remove my membership."  In the email, JIANG wrote: "i am done with this bullshit. You made me your enemy.  i gave you my heart, even after all you did to me.  Fuck all of you."  The email was sent from JIANG's jiangrui326█████████ email address.  Below is a screenshot of the email:

Begin forwarded message:

**From:** Rui Jiang <jiangrui326 ███████████
**Date:** September 22, 2023 at 1:17:23 AM EDT
**To:** ███████████@parkvalleychurch.com>
**Subject: please remove my membership**

i am done with this bullshit. you made me your enemy. i gave your my heart, even after all you did to me.

fuck all of you

58.     JIANG sent a second email to the church on the same day, just a few minutes later at 1:32 a.m. The subject of the email read: "REQUEST REFUND ON My Tithe / Donation." In the email, which was sent from JIANG's jiangrui326 ████████████ email address, JIANG requested a refund of his donation that he had made as part of the church's 90-Day Tithing Challenge. JIANG requested the refund, stating "despite my relentless loyalty even in the worst of times, my life has only gotten WORSE (and had always been) -- starting from the very next day, all the way to today …." JIANG listed several examples of how he believed his life had declined since donating money to the church and claimed that they were all "in the name of God" or "sent by God to intentionally harm [him]." At the end of the email, JIANG provided his name and home address. Below is a screenshot of the email:



59.    JIANG sent a third email to the church on September 22, 2023, at 7:17 a.m.  This email was also sent from JIANG's jiangrui326 [REDACTED] email address.  The subject of the email read: "Refund my donation now."  In the email JIANG wrote: "Fuck all of you.  I hate you all. Refund my money now.  You owe me."  Below is a screenshot of the email:



Park Valley Church

Begin forwarded message:

From: Rui Jiang <jiangrui326█████████
Date: September 23, 2023 at 7:17:22 AM EDT
To: ████████@parkvalleychurch.com>
Subject: Refund my donation now

Fuck all of you. I hate you all. Refund my money now. You owe me.

- Sent from mobile -

60.    According to CW-5, the church refunded JIANG's money.

61.    CW-6, who was on staff with Park Valley Church, told law enforcement that JIANG was member of Park Valley Church. Based on the church's database, CW-6 determined that the church's first record of contact with JIANG was April 16, 2023. The church's database listed JIANG's telephone number as ████████-9218, but the church's giving application, which JIANG used when he made a monetary contribution to the church on June 16, 2023, listed his telephone number as ████████-5963.

62.    CW-6 did not have any personal contact with JIANG. However, on Friday, September 22, 2023, two of the church's pastors forwarded CW-6 several emails JIANG sent to the church, wherein JIANG requested a refund of his contribution to the church. After these emails were forwarded to CW-6, CW-6 had a conversation with the pastors about refunding JIANG his money. In the end, the church agreed to refund the amount of money JIANG contributed to the

church.  The church refunded JIANG's contribution on Saturday, September 23, 2023.

### D.    Interview of JIANG

63.    As stated above, on September 24, 2023, PWCPD took JIANG into custody on an emergency custody order (ECO).  JIANG was transported from Park Valley Church to a hospital to be evaluated by the community services board.  At some point during the ECO process (and before the evaluation was completed), PWCPD decided to interview JIANG and JIANG was transported from the hospital to PWCPD's Western District Station.

64.    After being read his Miranda rights, JIANG agreed to speak with the interviewing officers.  JIANG told the officers that he went to Park Valley Church on the morning of September 24, 2023, "to mend relations" with the church and "see what God had in store for [him.]"  JIANG said that prior to that day, he sent messages to the pastor of the church requesting a refund of the money he pledged to the church.  According to JIANG, after he began donating money to the church in June of 2023, his life went downhill and started falling apart.  He also began praying at the same time, but he felt his life was still getting worse.

65.    JIANG told the officers that he was the owner of the Instagram account "ray43386," and admitted to making the Instagram posts referenced by law enforcement.  JIANG said he made the posts because he was "speaking out loud to God."  JIANG was "mad at God," "not at the church."  When asked about the posts at Park Valley Church, JIANG said he posted pictures of Park Valley Church to his Instagram account because "he needed a point of reference" since Instagram did not let him post a message without a photograph.

66.    JIANG said that he arrived at the church at approximately 10:10 a.m.  He admitted he was carrying a firearm when he went into the church.  According to JIANG, he had a concealed

carry permit, and he regularly carried a gun with him. He also regularly kept pepper spray, a knife, and a magazine with ammunition in his car.

67.    JIANG denied going to Park Valley Church to harm anyone or himself. He admitted that he could see how someone could view his Instagram posts and emails coupled with him showing up to the church armed with a gun as "scary," but believed it to be a misunderstanding.

68.    JIANG told the interviewing officers that his telephone number was ████████-5963. That was his main telephone number and the telephone number associated with the cellular telephone that was tied to his cellular service for the cellular telephone he had on him at Park Valley Church on September 24, 2023. JIANG added that he had two alternative Google voice telephone numbers he used, including ████████-9218 and ████████-2390.

69.    After JIANG's interview, law enforcement transported him to Prince William County Adult Detention Center, where he was served warrant for "Threats in Writing" under Virginia Code Section 18.2-60 and a summons for "Dangerous Weapons at a Place of Worship" under Virginia Code Section 18.2-283.

E.    **JIANG's Purchase of a Firearm**

70.    The firearm JIANG was carrying on September 24, 2023, when he traveled to and entered Park Valley Church, was a Walther Model PPSLE 9mm semi-automatic pistol bearing serial number AO8670. JIANG purchased the firearm from Sharpshooters Indoor Range and Pro Shop (Sharpshooters), located in Lorton, Virginia, on or about August 28, 2023, for $300.00. To purchase the firearm, JIANG completed ATF Form 4473, which included his date of birth, social security number, place of birth, and address. He also provided Sharpshooters with the following telephone number: ████████-5963.

31

71.    According to records provided by Sharpshooters, JIANG returned to Sharpshooters the day after he purchased the firearm (August 29, 2023) and purchased a monthly membership, a target, and three boxes of ammunition.

72.    JIANG returned to Sharpshooters again on September 23, 2023.  This time, JIANG purchased one box of PMC 115GR FMJ 9mm ammunition. The barcode for the ammunition, 741569070270, is the same barcode located on the box of the ammunition found in JIANG's vehicle at Park Valley Church on September 24, 2023.  And the ammunition, PMC 115GR FMJ 9mm ammunition, is the same ammunition found in the three loaded magazines recovered by law enforcement.  As set forth in more detail above, one magazine was loaded in the gun, one magazine was found in JIANG's pocket, and one magazine was located in JIANG's vehicle.

**F.    Information Obtained from Meta**

73.    Pursuant to legal process, Meta provided subscriber information for an Instagram account with the user ID ███████7020.  This information states that the account is registered to "Ray" and the email address drw588███████   The vanity name for the account is "ray43386." The account was registered on April 15, 2020.  It was verified through the phone number ████████5963.  The subscriber information indicates that the account was closed on September 26, 2023, at approximately 17:49 (UTC),[2] which is consistent with information provided by the Facebook Law Enforcement Response Team.  That team advised law enforcement that on September 26, 2023, at approximately 17:00 (UTC) the team determined that Instagram user

---

[2] The subscriber information also indicates that the last login for the account was on May 22, 2023.  However, this date is the date of the user's last "login" into the account and is not necessarily the last date the user accessed the Instagram account.

"ray43386" posted several concerning images and threats on Instagram on September 24, 2023, between the hours of 06:45 (UTC) and 10:03 (UTC).

74.     The team also provided law enforcement with a possible telephone number of ███████-5963, email address of drw588████████ and IP address of ████████.186 associated with the account.  According to the Law Enforcement Response Team, the IP address returned to the Burke, Virginia area.

## CONCLUSION

75.     Based on the facts outlined above, I respectfully submit there is probably cause to believe that RUI JIANG committed a violation of Title 18 U.S.C. § 875(c).  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

LINDSAY COULTER  Digitally signed by LINDSAY COULTER
Date: 2024.02.23 07:11:58 -05'00'

_____
Lindsay L. Coulter
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 41
via telephone on February 23, 2024

_____
The Honorable William B. Porter
United States Magistrate Judge

33