FILED
IN OPEN COURT

MAR 27 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUI JIANG,<br><br>Defendant. | Case No. 1:24-CR-65<br><br>Count 1: Attempted Obstruction of Free Exercise of Religious Beliefs<br>(18 U.S.C. § 247(a)(2), (d)(1), (d)(3))<br><br>Count 2: Use and Carry a Firearm During a Crime of Violence<br>(18 U.S.C. § 924(c)(1)(A))<br><br>Count 3: Transmission of Interstate Threat to Injure the Person of Another<br>(18 U.S.C. § 875(c))<br><br>Forfeiture Notice |

**INDICTMENT**

March 2024 Term – at Alexandria

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**(Attempted Obstruction of Free Exercise of Religious Beliefs)**

On or about September 24, 2023, in Prince William County, Virginia, within the Eastern District of Virginia, the defendant, RUI JIANG, intentionally attempted to obstruct, by force and threat of force, the congregants of Park Valley Church in the enjoyment of their free exercise of religious beliefs. The acts of the defendant, RUI JIANG, were in and affected interstate commerce, included an attempt to kill, and included the use, attempted use, and threatened use of a dangerous weapon, to wit: a Walther Model PPS M2 LE Edition 9mm semi-automatic firearm, bearing serial number AO8670, a folding knife, and a credit card style knife.

(All in violation of Title 18, United States Code, Section 247(a)(2), (d)(1), (d)(3).)

## COUNT TWO
### (Use of a Firearm During and in Relation to a Crime of Violence)

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 24, 2023, in Prince William County, Virginia, within the Eastern District of Virginia, the defendant, RUI JIANG, did knowingly use and carry a firearm, to wit: a Walther Model PPS M2 LE Edition 9mm semi-automatic firearm, bearing serial number AO8670, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, to wit: the attempted obstruction of the free exercise of religious beliefs involving an attempt to kill, in violation of 18 U.S.C. § 247(a)(2), (d)(1), and did knowingly possess that firearm in furtherance of this crime of violence.

(All in violation of Title 18, United States Code, Section 924(c)(1)(A).)

## COUNT THREE
### (Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another)

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 24, 2023, in the Eastern District of Virginia, the defendant, RUI JIANG, knowingly and willfully transmitted a communication in interstate and foreign commerce, specifically a post to the social media application Instagram that contained a photograph of the Park Valley Church sign and stated, in part: "I am not here to sabotage the mission. I am here to deny the men the life God actively puts so much effort to deny me every day. No women will be harmed. To those down below: I am dropping this space suit and coming back after I am finished sending a message. Blood will be on your hands. This is how you repay me for my sacrifices. I'm done." The communication contained a threat to injure the person of another, to wit: the congregants of Park Valley Church, and the defendant made the communication for the purpose of issuing a threat, knowing that it would be interpreted as a threat, and recklessly disregarding the risk that his communication would be interpreted as a threat.

(All in violation of Title 18, United States Code, Section 875(c).)

## **NOTICE OF SPECIAL FINDINGS**

THE GRAND JURY FURTHER FINDS THAT:

1. The defendant, RUI JIANG, intentionally selected the victims of his violation of 18 U.S.C. § 247(a)(2), as charged in Count One of this Indictment, because of their actual and perceived religious beliefs.

2. The defendant, RUI JIANG, intentionally selected the victims of his violation of 18 U.S.C. § 875(c), as charged in Count Three of this Indictment, because of their actual and perceived religious beliefs.

## **FORFEITURE NOTICE**

The GRAND JURY HEREBY FINDS probable cause that the property described in this NOTICE OF FORFEITURE is subject to forfeiture pursuant to the statutes described:

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, RUI JIANG, is hereby notified that if convicted of any of the violations set forth in this Indictment, the defendant, RUI JIANG, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, RUI JIANG, is hereby notified that if convicted of the offense listed in Count 3 of the Indictment, the defendant, RUI JIANG, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

Pursuant to 21 U.S.C. § 853(p), the defendant, RUI JIANG, shall forfeit substitute property, if, by any act or omission of the defendant, RUI JIANG, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

The property subject to forfeiture includes, but is not limited to, a Walther Model PPS M2 LE Edition 9mm semi-automatic firearm, bearing serial number AO8670, three loaded magazines, and 26 rounds of 9mm ammunition.

(In accordance with Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and Federal Rule of Criminal Procedure 32.2(a))

A TRUE BILL

*Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office*

_____
FOREPERSON OF THE GRAND JURY

Jessica D. Aber
United States Attorney

By: _____
Nicholas A. Durham
Troy A. Edwards, Jr.
Assistant United States Attorneys

Kristen M. Clarke
Assistant Attorney General
Civil Rights Division

By: _____
Kyle Boynton
Trial Attorney

6