# EXHIBIT 2



# SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. USBs, Hard Drives (SD, HDD)
2. 2 empty holsters (black in color)
3. Bible
4. Small can of pepper spray (bear spray)
5. 2 cameras (security cameras)
6. 4 laptops
7. 2 tablets
8. records + documents (miscellaneous)
9. 3 cell phones
10. 
11. 
12. 

**EXECUTION**

Executed by searching the within described place, person or thing.

09/24/23 @ 23:54 hrs
DATE AND TIME EXECUTED

*AM Payne*
EXECUTING OFFICER

# SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. USB's, Hard Drives (SD, HDD)
2. 2 empty holsters (black in color)
3. Bible
4. Small can of pepper spray (bear spray)
5. 2 cameras (security cameras)
6. 4 laptops
7. 2 tablets
8. records + documents (miscellaneous)
9. 3 cell phones
10. 
11. 
12. 

The statement above is true and accurate to the best of my knowledge and belief.

_____
DATE

EXECU

Subscribed and sworn before me this day



**EXECUTION**

Executed by searching the within described place, person or thing.

09/24/23 @ 23:54 hrs
DATE AND TIME EXECUTED

*A.M. Payne*
EXECUTING OFFICER

Certified to _____
Circuit Court on _____ DATE

_____
EXECUTING OFFICER

Received [ ] in person [ ] by certified mail
[ ] by electronically transmitted facsimile

on _____ DATE