# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 07/24/24   Judge: Alston   Reporter: T. Harris
Time: 10:26am - 10:36am   Interpreter:
                          Language:
                          Probation Email:
                          Jury Email: x

## UNITED STATES OF AMERICA
v.

RUI JIANG   1:24cr65
Defendant's Name   Case Number

Nathaniel Wenstrup   Nicholas Durham
**Counsel for Defendant:**   **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [ ] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing   [ ] Revocation Hearing   [ ] Docket Call   [ ] Appeal (USMC)
[X] Other  Competency Hearing

Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[ ] Discovery Order  [ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [ ] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA   [ ] FA   [ ] PG   [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US  [ ] Deft
[ ] Order entered in open court   [ ] Order to follow
[ ] Deft directed to USPO for PSI---  [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **10/21/24** at **10:00am** for:
[X] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [ ] Status

  Court advised parties defendant found to be competent to stand trial
  Trial estimate – 5 days (10/21/24-10/25/24)

**Deft is:** [X] In Custody   [ ] Summons Issued   [ ] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at:** $ _____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered   [X] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond