# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     **v.** ) | No. 1:24-cr-65 (RDA) |
| ) | |
| **RUI JIANG,** ) | |
| ) | |
|     **Defendant.** ) | |

## NOTICE OF APPEAL

The defendant in the above-styled case hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment in a Criminal Case signed by this Court and entered on the docket on July 1, 2025.

Respectfully submitted on this 14th day of July, 2025.

    Respectfully submitted,

    RUI JIANG

    By Counsel,

    Geremy C. Kamens
    Federal Public Defender

By:     /s/
    Todd M. Richman
    Va. Bar No. 41834
    Counsel for Mr. Jiang
    1650 King Street, Suite 500
    Alexandria, VA 22314
    (703) 600-0800 (Tel)
    (703) 600-0880 (Fax)
    Todd_Richman@fd.org