UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4382
(1:24-cr-00065-RDA-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RUI JIANG

      Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Defender for the Eastern District of Virginia to represent appellant in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk