FILED: September 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4382
(1:24-cr-00065-RDA-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

RUI JIANG

       Defendant - Appellant

_____

O R D E R

_____

The deadline for filing of transcript by Tonia Harris is extended to 10/08/2025 without sanctions.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk