FILED: October 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4382
(1:24-cr-00065-RDA-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RUI JIANG

    Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk